**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 30 MAL 2023
:
Respondent  :
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
JOHNNY J. MILLER,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.